UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**  2:23-cv-00805-SSS-BFM                **Date:**  May 1, 2024

**Title:**  Marquessa Margolin v. Gus May, et al.

==================================================================

Present:   The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order Re: Filing of First Amended Complaint**

On July 27, 2023, the District Judge assigned to this case accepted the recommendation of the previously assigned Magistrate Judge, and dismissed Plaintiff Marquessa Margolin's Complaint, granted her leave to amend, and ordered her to file a First Amended Complaint by August 26, 2023. (ECF 19.) Ms. Margolin has requested three extensions of the time for filing the First Amended Complaint, each of which has been granted. (ECF 21, 25, 27.) The most recent order set a deadline of April 11, 2024. Ms. Margolin did not file anything by that deadline (or since), nor has she requested a continuance of the deadline.

**No later than May 31, 2024**, Ms. Margolin is ordered to show cause— to explain—why her case should not be dismissed for failure to prosecute. Submission of a First Amended Complaint on or before **May 31, 2024**, shall be deemed compliance with that Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:23-cv-00805-SSS-BFM                              Date:   May 1, 2024

Title:   Marquessa Margolin v. Gus May, et al.

**Failure to respond to this Order by May 31, 2024, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

**IT IS SO ORDERED.**

cc:   Marquessa Margolin, pro se
      Counsel of Record

Initials of Preparer:   ch