# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUESSA MARGOLIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>THE HONORABLE GUS T. MAY, et al.<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00805-SSS-BFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The Report and Recommendation is accepted.

　　　　2.　　Judgment shall be entered consistent with this Order.

///

///

3. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: August 13, 2024

_____
SUNSHINE S. SYKES
United States District Judge