JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUESSA MARGOLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE HONORABLE GUS T. MAY et al.<br><br>　　　　　Defendant. | Case No. 2:23-cv-00805-SSS-BFM<br><br>**JUDGMENT** |

　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: August 13, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-