# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARQUESSA MARGOLIN,<br>　　　　Plaintiff,<br>　　v.<br>THE HONORABLE GUS T. MAY et al.,<br>　　　　Defendants. | No. 2:23-cv-00805-SSS-BFM<br>**AMENDED JUDGMENT** |

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court amends the previously issued Judgment as follows: Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Complaint in this matter is denied, and the action is dismissed without prejudice.

DATED: September 30, 2024

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE